UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.

                                  Case No. 1:16-mc-96

OWEN L. ADOLPHSEN,                HON. JANET T. NEFF

    Respondent.
_____/

## ORDER

This is a proceeding brought pursuant to 26 U.S.C. § 7604 to enforce an administrative summons issued by the Internal Revenue Service (IRS) on March 16, 2016.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 15, 2017, recommending that this Court grant the petition to enforce IRS summons, and order that Respondent comply completely with the summons.  The Report and Recommendation was duly served on the parties.  No timely objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 22) is APPROVED and ADOPTED as the Opinion of the Court.

A separate enforcement order will issue.

Dated: April 5, 2017                                                 /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                             United States District Judge